**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01632-CR

**LORVIN RODRIGUEZ ZAMBRANO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1158067-W**

## ORDER

Appellant's April 15, 2013 motion to extend the time to file appellant's brief is **GRANTED.** Appellant's brief shall be due by **April 29, 2013**. If appellant fails to file his brief within the time period specified, the Court will abate this appeal for a hearing in the trial court.

/s/    LANA MYERS
JUSTICE